■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES FORD, Also Known as CHARLES BELL, Appellant.— Appeal by the defendant from a judgment of the County Court, Nassau County (Lawrence, J.), rendered February 5, 1985.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Foster,* 19 NY2d 150; *People v Kazepis,* 101 AD2d 816; *People v Suitte,* 90 AD2d 80). Thompson, J. P., Lawrence, Rubin, Kunzeman and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY FULLER, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Isseks, J.), rendered August 27, 1979, convicting him of attempted escape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.